IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **ABUDU JOHN IGEIN**, | : | CASE NO. **25-50776**-PMB |
| | : | |
| Debtor. | : | |
| _____ | : | _____ |
| PERFORMANCE FINANCE (A DIVISION OF EVERGREEN BANK GROUP), | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| ABUDU JOHN IGEIN, Debtor; and MELISSA J. DAVEY, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that **Performance Finance (a division of Evergreen Bank Group)** has filed a Motion for Relief from Automatic Stay and related papers with the Court seeking an order of relief from the Automatic Stay.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion for Relief from Automatic Stay, at **9:00 a.m.** on **March 6, 2025** in **Courtroom 1202, The Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303** which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

      Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Room 1340, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia  30303. You must also mail a copy of your response to the undersigned at the address stated below.

      If a hearing on the Motion cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: February 18, 2025    Signature: /s/Philip L. Rubin
                                     Philip L. Rubin
                                     5555 Glenridge Connector
                                   Suite 900
                                   Atlanta, Georgia  30342
                                   (404) 869-6900
                                   prubin@lrglaw.com
                                   Bar Number 618525

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| **ABUDU JOHN IGEIN**, | : | CASE NO. **25-50776**-PMB |
| Debtor. | : | |
| ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ | : | ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ |
| PERFORMANCE FINANCE (A DIVISION OF EVERGREEN BANK GROUP), | : | |
| Movant, | : | CONTESTED MATTER |
| v. | : | |
| ABUDU JOHN IGEIN, Debtor; and MELISSA J. DAVEY, Trustee, | : | |
| Respondents. | : | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES PERFORMANCE FINANCE (A DIVISION OF EVERGREEN BANK GROUP) (the "Movant") and moves this Court for relief from the automatic stay and shows the Court as follows:

1.

On 01/24/2025, Abudu John Igein ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Chapter 13, and said case is pending before this Court.

2.

Movant has a claim in this case secured by a first priority lien against Debtor's vehicle, to wit: 2022 Polaris Slingshot SL (the "Collateral"). The approximate payoff is $19,198.04. The NADA retail value of the Collateral is $19,800, and Movant has no other collateral securing this loan. Loan documents are filed with Movant's Proof of Claim, filed as Claim 4-1

on February 5, 2025.

3.

Movant has no proof of full coverage insurance protecting its interest in the Collateral. Additionally, no payments have been made on the account since Debtor filed the previous case 24-63649-pmb, which dismissed due to failure to pay filing fee. As of February 18, 2025, the account is due for the 12/19/2024 payment and all subsequent payments for a total arrearage of $1,043.82. Another monthly payment of $521.91 will come due before this matter is heard.

4.

Debtor does not have equity in the Collateral and the Collateral is not necessary to a reorganization that is in prospect.

5.

Cause exists including the lack of adequate protection to grant Movant relief from the automatic stay so as to authorize Movant to recover and dispose of the Collateral. Movant requests the right to file an amended proof of claim after liquidation of the Collateral.

6.

Movant requests that Bankruptcy Rule 4001(a)(3) be waived.

WHEREFORE, Movant prays that this Court:

(a)  Hold a hearing pursuant to this Motion within thirty (30) days as is required under 11 U.S.C. Section 362(e);

(b)  Grant Movant relief from the automatic stay under 11 U.S.C. Section 362(d) so as to allow Movant to recover and dispose of the Collateral and to apply the net proceeds generated therefrom to its claim in this case, and if the disposition results in a deficiency, amend its claim filed in this case, subject to objection;

(c) Rule 4001(a)(3) be waived; and

(d) Grant such other and further relief as the Court deems to be just and proper.

This February 18, 2025.

                              The Law Office of
                              LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.
                              Attorneys for Movant

                              By: /s/Philip L. Rubin
                                 Philip L. Rubin
                                 Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

# 2022 Polaris Slingshot SL AutoDrive

| | |
|---|---|
| **Vehicle Type** | Motorcycles |
| **Manufacturer** | Polaris |
| **Year** | 2022 |
| **Type** | 3 Wheel Cycle |
| **Model** | Slingshot SL AutoDrive |
| **Piston Displacement (CCs)** | 1997 |
| **Stroke** | 4 |
| **Cylinders** | 4 |
| **Speeds** | Automatic |
| **Manufacturer's Reported Weight** | 1664 lbs |

| | Suggested List | Rough Trade-In/Wholesale | Clean Trade-In/Wholesale | Average Retail |
|---|---|---|---|---|
| **BASE PRICE** | $27,749 | $14,005 | $16,020 | $19,800 |
| **TOTAL PRICE** | $27,749 | $14,005 | $16,020 | $19,800 |

## Vehicle Notes

**Manufacturer Note:**
For further information on victory, see listing under victory motorcycles.

## Value Explanations

The values listed are a guide for appraisal purposes only. The values are a reflection of the unit's respective popularity. It may be necessary to adjust listed values to meet market conditions of your area. Used units in above average condition could be worth more than average retail value.

**Suggested List**
The manufacturer's (distributor's) highest suggested list price in the U.S.A. when the unit was new. Unless indicated, the suggested list price does not include destination charges, dealer set-up, state or local taxes, license, tags or insurance.

**Rough Trade-In/Wholesale**
This figure reflects the wholesale value of a used unit in need of repairs and refurbishing.

**Clean Trade-In/Wholesale**
This figure reflects the clean wholesale value of a clean used unit "ready for resale".

**Average Retail**
**(High Book)** This figure reflects the average retail value of a used unit "ready for resale". Units in excellent or prime condition may increase value 10% - 15%.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **ABUDU JOHN IGEIN**, | : | CASE NO. **25-50776**-PMB |
| | : | |
| Debtor. | : | |
| ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ | : | ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ |
| PERFORMANCE FINANCE (A DIVISION OF EVERGREEN BANK GROUP), | : : : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| ABUDU JOHN IGEIN, Debtor;  and MELISSA J. DAVEY, Trustee, | : : | |
| | : | |
| Respondents. | : : | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2025, I electronically filed the foregoing MOTION FOR RELIEF FROM AUTOMATIC STAY and NOTICE OF HEARING using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Melissa J. Davey
Chapter 13 Trustee
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street, NE
Atlanta, GA 30303

      I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each:

Abudu John Igein
5051 Brown Leaf Ct
Powder Springs, GA 30127

    Dated: February 18, 2025.

                The Law Office of
                LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.
                Attorneys for Movant


                By: /s/Philip L. Rubin
                   Philip L. Rubin
                      Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com