UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 25-50776-pmb |
| | * | |
| ABUDU JOHN IGEIN, | * | CHAPTER 13 |
| | * | |
| Debtor. | * | JUDGE PAUL M. BAISIER |
| | * | |

## WITHDRAWAL OF MOTION TO DENY CLAIM

COMES NOW THE DEBTOR, by counsel, and withdraws the pleading designated "Notice To Court - Motion To Deny Defendant's Claim" (Doc. 38) filed by Debtor *pro se* on March 17, 2025.

Respectfully submitted,

By: /s/
Robert D. Schwartz
Georgia Bar No. 631159
BobSchwartzLaw@aol.com
Attorney for Debtor
P. O. Box 160100
Atlanta, Georgia 30316-1002
(404) 402-1476

## **CERTIFICATE OF SERVICE**

I, <u>Robert D. Schwartz</u>, certify that I have on this date electronically filed the within and foregoing pleading, and have served the same as follows:

**By using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program**:

| | |
|---|---|
| Melissa J. Davey: | **mail@13trusteeatlanta.com** |
| | **cdsummary@13trusteeatlanta.com** |
| | **cdbackup@13trusteeatlanta.com** |
| Douglas L. Brooks | **doug@douglasbrookslaw.com** |
| | **doug@douglasbrooklaw.com** |

I further certify that I have this date served the following parties with a copy of the within and foregoing pleading by placing a true copy of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

| | |
|---|---|
| Douglas L. Brooks, Esquire | Arena Funding Source |
| P. O. Box 8477 | 1457 Richmond Road |
| Atlanta, GA  30116 | Staten Island, NY  10304 |

This the   18th   day of   March  , 2025.

/s/
Robert D. Schwartz
Georgia Bar No. 631159
BobSchwartzLaw@aol.com
Attorney for Debtor
P. O. Box 160100
Atlanta, Georgia  30316-1002
(404) 402-1476