**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 25-50776-pmb |
| | * | |
| ABUDU JOHN IGEIN, | * | CHAPTER 13 |
| | * | |
| Debtor. | * | JUDGE PAUL M. BAISIER |
| | * | |

**WITHDRAWAL OF MOTION TO DISCHARGE**

COMES NOW THE DEBTOR, by counsel, and withdraws the "Motion To Discharge" (Doc. 19) filed by Debtor *pro se* on January 30, 2025.

Respectfully submitted,

By: /s/
Robert D. Schwartz
Georgia Bar No. 631159
BobSchwartzLaw@aol.com
Attorney for Debtor
P. O. Box 160100
Atlanta, Georgia  30316-1002
(404) 402-1476

**CERTIFICATE OF SERVICE**

I, <u>Robert D. Schwartz</u>, certify that I have on this date electronically filed the within and foregoing pleading, and have served the same as follows:

**By using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program**:

| | |
|---|---|
| Melissa J. Davey: | **mail@13trusteeatlanta.com** |
| | **cdsummary@13trusteeatlanta.com** |
| | **cdbackup@13trusteeatlanta.com** |
| Camino Financial, Inc. | **gportales@caminofinancial.com** |
| | **info@caminofinancial.com** |
| Red Target LLC | **sjccustomerservice@scjinc.net** |

I further certify that I have this date served the following parties with a copy of the within and foregoing pleading by placing a true copy of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Red Target LLC dba DCJ Commercial Financial Services
17507 S. DuPont Hwy, Suite 2
Harrington, DE  19952

| | |
|---|---|
| Camino Financial, Inc. | Quantum Lending Solutions |
| 309 E. 8th St., Suite 601 | 11600 Sunrise Valley Dr Suite 180 |
| Los Angeles, CA  90014 | Reston, VA  20191 |

This the   27th   day of   March  , 2025.

/s/
Robert D. Schwartz
Georgia Bar No. 631159
BobSchwartzLaw@aol.com
Attorney for Debtor
P. O. Box 160100
Atlanta, Georgia  30316-1002
(404) 402-1476